Frank D'Angelo and Antonio Masiello, Respondents, v. 1482 Broadway Corporation, and Another, Appellants, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

Wagner Trading Company, Respondent, v. Battery Park National Bank, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

The Campe Corporation, Appellant, v. Rensselaer and Valatie Mills and Another, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

George Batten Company, Respondent, v. The Pompeian Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Marguerite E. Sprague, Appellant, v. Shirley E. Sprague, Respondent. — Judgment modified so as to provide that the defendant pay to the plaintiff the sum of $100 weekly during her life as and for her individual support and maintenance, and as so modified affirmed, with costs to appellant. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Frederick A. Reed and Others, Stockholders of Manhattan Transit Company, Suing on Behalf of Themselves, etc., Appellants, v. Inter-City Power Company, a Corporation, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

Southern Rice Sales Company, Respondent, v. Carl August Adolph Held and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to amend on payment of costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

German Kahn and Another, Doing Business as Kahn Brothers, Appellants, v. Benjamin Lowenstein, Doing Business as the Nassau Smelting and Refining Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

The Prudential Insurance Company of America, Respondent, v. National Bank of Commerce in New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

Benjamin B. Hoffman and Another, Plaintiffs, v. Fleischmann Bros. Company and Others, Defendants, Impleaded with William I. Walter and Others, Individually and as Trustees, etc., and Others, Respondents, and Joseph Elias and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith and Shearn, JJ.